2013-CI-05244
408TH JUDICIAL DISTRICT COURT
RACHEL GIRDAUSKAS VS LIBERTY LIFE ASSUR
DATE FILED: 03/28/2013

| | | |
|---|---|---|
| RACHEL GIRDAUSKAS<br>PLAINTIFF, | § § § § § | IN THE DISTRICT COURT |
| VS. | § § § § | _____ JUDICIAL DISTRICT |
| LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON<br>Defendant | § § § | BEXAR COUNTY, TEXAS |

FILED
13 MAR 28 PM 12:03
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
BY_____ DEPUTY

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE COURT:**

RACHEL GIRDAUSKAS, plaintiff, complains of **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**, defendant, and for cause of action shows:

I.

Plaintiff is RACHEL GIRDAUSKAS, an individual, residing in Bexar County, Texas. Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON is an insurance company organized under the laws of the state of Texas, and authorized to engage in the insurance business in Texas, having its principal place of business at P.O. Box 7213, London, KY, 40742. Citation may be served on the defendant by serving its agent for service CORPORATION SERVICE COMPANY, 211 E. 7th Street, Austin, Texas 78701. Plaintiff RACHEL

1

EXHIBIT A

GIRDAUSKAS affirmatively pleads that discovery should be conducted in accordance with a discovery control plan under level two.

II.

The defendant issued a policy of insurance number CF3-850-275613-01, known as the Lowe's Companies Inc. LTD Policy.

III.

Plaintiff, RACHEL GIRDAUSKAS, is insured under this policy as the named insured.

IV.

The policy promises payment of disability benefits to any covered person for long term disability. A true and correct copy of the policy is in the possession of the Defendant at length.

V.

During the year 2011 RACHEL GIRDAUSKAS became totally disabled due to back problems and remains totally disabled.

VI.

At all times material, the policy issued by defendant as was in full force and effect. All conditions precedent to defendant's liability under the policy have occurred or have been performed.

PRIVATE PROCESS      Case Number: 2013-CI-05244

2013CI05244 S00001

**RACHEL GIRDAUSKAS**
**vs.**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTO**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 28th day of March, 2013.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 2ND DAY OF APRIL A.D., 2013.

PLAINTIFF'S ORIGINAL PETITION

JOHN DAVID WENNERMARK
ATTORNEY FOR PLAINTIFF
1924 N MAIN AVE
SAN ANTONIO, TX 78212-3942



**Donna Kay M<sup>c</sup>Kinney**
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Maria Jackson*, Deputy

---

**OFFICER'S RETURN**

I received this citation on _____ at _____o'clock ___M. and:( ) **executed** it by delivering a copy of the citation with the date of delivery endorsed on it to the defendant,_____ in person on the _____ at _____o'clock ___M. at:_____ or ( ) **not executed** because _____ Fees:_____ Badge/PPS #:_____
Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO this _____.

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is_____, my date of birth is_____, and my address is _____, _____(County).
I declare under penalty of perjury that the foregoing is true and correct. Executed in _____County, State of Texas, on the _____ day of_____, 20____.

EXHIBIT
B

Declarant

ORIGINAL (DK002)



# Bexar County

### District Clerk/County Clerk Search

## Full Case Information

## Case Summary

### Case Information for Cause #: 2013CI05244

**RACHEL GIRDAUSKAS vs LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

| | |
|---|---|
| **Cause No. :** | 2013CI05244 |
| **Name :** | RACHEL GIRDAUSKAS |
| **Business Name :** | |
| **Litigant Type :** | PLAINTIFF |
| **Date Filed :** | 03/28/2013 |
| **Docket Type :** | INSURANCE |
| **Case Status :** | PENDING |
| **Court :** | 408 |

*Information as of: 04/29/2013 04:39:52 PM*

# Case History

*Currently viewing 1 through 5 of 5 records.*

| Type/Sequence | Date Filed | Description |
|---|---|---|
| P00001 | 3/28/2013 | PLAINTIFF'S ORIGINAL PETITION |
| P00002 | 3/28/2013 | CIVIL CASE INFORMATION SHEET |
| P00003 | 3/28/2013 | REQUEST FOR<br>CIT PPS |
| P00004 | 3/28/2013 | SERVICE ASSIGNED TO CLERK 1 |
| S00001 | 4/2/2013 | CITATION<br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>ISSUED: 4/2/2013 RECEIVED: 4/8/2013<br>EXECUTED: 4/12/2013 RETURNED: 4/19/2013 |

CAUSE NO. 2013-CI-05244

| | | |
|---|---|---|
| RACHEL GIRDAUSKAS, | § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| vs. | § § | 408th JUDICIAL DISTRICT |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § § § | BEXAR COUNTY, TEXAS |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendant Liberty Life Assurance Company of Boston ("Defendant"), hereby gives notice of the filing of a Notice of Removal, removing this action from this Court to the United States District Court for the Western District of Texas. A copy of Defendant's Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "1."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. 28 U.S.C. § 1446(d).

Respectfully submitted this 3rd day of May 2013.

Respectfully submitted,

JACKSON LEWIS LLP
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH: (214) 520-2400
FX: (214) 520-2008

By: _____
Iwana Rademaekers, Esq.
State Bar No. 16452560

ATTORNEYS FOR DEFENDANT

EXHIBIT D

**CERTIFICATE OF SERVICE**

I certify that the foregoing pleading was forwarded to the following counsel of record, via certified mail, return receipt requested on the 3rd day of May, 2013, as follows:

> John D. Wennermark
> Law Offices of John D. Wennermark
> 1924 N. Main Avenue
> San Antonio, TX 78212

*[signature]*
_____
ONE OF COUNSEL

## VII.

Benefits are due to plaintiff under the policy. According to the terms of the policy, these benefits were paid to Plaintiff for a period of time and then discontinued. Plaintiff is still due such payments. As a result, plaintiff is also entitled to interest on the insurance benefits at the appropriate rate.

## VIII.

Plaintiff is also entitled to recover statutory penalties of 18 percent per year of the amount payable under the policy, because the defendant has not paid plaintiff's claim, even though Plaintiff is still totally disabled.

## IX.

Because of the conduct of the defendant, plaintiff has been compelled to engage the services of an attorney to prosecute this action against the defendant. Plaintiff is entitled to recover a reasonable sum for the necessary services of plaintiff's attorney in the preparation for trial of this action, including any appeals to the Court of Appeals or the Texas Supreme Court.

WHEREFORE, plaintiff requests that the defendant be cited to appear and answer, and that on final trial plaintiff have the following:

1. Judgment against the defendant for the benefits payable under the insurance policy made the basis of this suit which exceeds the minimum jurisdiction of the court.

2. Prejudgment interest as provided by law.

3. The sum of 18 percent per annum on the amount of policy benefits, as a statutory penalty on account of the defendant's violation of Insurance Code Article 21.55.

4. Attorney's fees.

5. Postjudgment interest as provided by law.

6. Costs of suit.

7. Such other and further relief to which plaintiff may be justly entitled.

                                    Respectfully submitted,

                                    LAW OFFICES OF
                                    JOHN D. WENNERMARK

                                    BY: _____
                                    JOHN D. WENNERMARK
                                    Texas Bar No. 21177000
                                    1924 N. Main Avenue
                                    San Antonio, TX 78212
                                    Phone: (210) 226-6262
                                    Fax: (210) 225-1351
                                    Attorney for RACHEL GIRDAUSKAS